```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYD SPORTS, LLC,
BYD MANAGEMENT, LLC,

                    Plaintiffs,

-against-

DON KING,
DON KING PRODUCTIONS, INC.,
DOE CORPORATIONS 1-10,
DOE BENEFICIARIES 1-10,

                    Defendants.

24 Civ. 9335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiffs, two limited liability companies, bring this action invoking diversity jurisdiction under 28 U.S.C. § 1332(a). ECF No. 1 at 4. A limited liability company takes the citizenship of each of its members. *See Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). In their complaint, Plaintiffs allege only that they are limited liability companies registered in Virginia. ECF No. 1 at 4. Accordingly, by **December 31, 2024**, Plaintiffs shall amend their complaint to allege the citizenship of each of their members. If Plaintiffs fail to allege complete diversity, their complaint shall be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge