UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYD SPORTS, LLC,
BYD MANAGEMENT, LLC,

                Plaintiffs,

-against-

DON KING,
DON KING PRODUCTIONS, INC.,
DOE CORPORATIONS 1-10,
DOE BENEFICIARIES 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2025_

24 Civ. 9335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs, two limited liability companies, filed this action invoking diversity jurisdiction under 28 U.S.C. § 1332(a). ECF No. 1 at 4. A limited liability company takes the citizenship of each of its members. *See Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). In their complaint, Plaintiffs allege only that they are limited liability companies registered in Virginia. ECF No. 1 at 4. By order dated December 16, 2024, the Court directed Plaintiffs to amend their complaint to allege the citizenship of each of their members by December 31, 2024. ECF No. 5. On December 18, 2024, Plaintiffs filed an amended complaint. ECF No. 6. The amended complaint, which is dated December 12, 2024, again fails to list the citizenship of each of Plaintiffs' members.

    Accordingly, by **January 17, 2025**, Plaintiffs shall amend their complaint to allege the citizenship of each of their members. Plaintiffs are advised that failure to allege complete diversity or to comply with the Court's orders may result in dismissal.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                       ANALISA TORRES
                                            United States District Judge