**THE JONES FIRM**
1441 Broadway FL 6
New York, NY 10008-1905
(347) 482-0601 (main) | (646) 430-9698 (fax) (New York Office)


**VIA ECF**

March 4, 2025

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: BYD Management, LLC, et al. v. Don King, et al. | Case No.: 1:24-cv-09335-AT**

Dear Judge Torres:

Pursuant to Your Honor's Individual Practices, Plaintiffs BYD Management, LLC and BYD Sports, LLC respectfully submit the attached letter to Defendants' counsel, Mr. Britto, in response to Defendants' **February 28, 2025 pre-motion letter seeking leave to file a motion to dismiss Plaintiffs' Third Amended Complaint ("TAC")** for improper venue under Rule 12(b)(3) and failure to state a claim under Rule 12(b)(6), or, in the alternative, to transfer venue to the Southern District of Florida.

As set forth in Plaintiffs' letter to Defendants' counsel, Plaintiffs **strongly oppose Defendants' proposed motion on both procedural and substantive grounds.** In particular, Defendants' proposed motion improperly seeks to convert a straightforward venue and pleading challenge into a **premature attempt to resolve fact disputes that belong before the jury, not on a Rule 12 motion.**

Plaintiffs' **Third Amended Complaint** already identifies:

- Specific defamatory statements made by Defendants;
- The **New York-based businesses, sponsors, and promotional partners** harmed by those statements;
- Key **third-party witnesses, including Vonda Carson, Charles Sealy, and Yoel Judah**, who, if compelled are prepared to testify to Defendants' direct involvement in the subject matter of this dispute and the harm caused by their conduct;
- Documentary evidence, including **emails, photos, video, and audio recordings**, further substantiating Plaintiffs' claims.

Plaintiffs respectfully submit that Defendants' continued reliance on procedural motion practice — rather than filing a substantive Answer — serves only to delay the resolution of this case and impose unnecessary burdens on both Plaintiffs and the Court. Accordingly, Plaintiffs respectfully request that the

Court **deny Defendants' request for leave to file their proposed motion and direct Defendants to file their Answer within seven (7) days.**

We thank the Court for its attention to this matter.

Respectfully submitted,

Anthony J.M. Jones, Esq.

Counsel for Plaintiffs

**Attachment:** Letter to Defendants' Counsel dated March 3, 2025

cc: All Counsel of Record (via ECF)