```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYD SPORTS, LLC,
BYD MANAGEMENT, LLC,

                Plaintiffs,

-against-

DON KING,
DON KING PRODUCTIONS, INC.,
DOE CORPORATIONS 1-10,
DOE BENEFICIARIES 1-10,

                Defendants.

24 Civ. 9335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiffs' letters dated March 3 and 4, 2025, which purport to respond to a pre-motion letter Plaintiffs received from Defendants on February 28. ECF Nos. 32, 32-1. Rules III.A–B of the Court's Individual Practices in Civil Cases specify that, in the case of a motion to dismiss, the parties shall exchange two sets of pre-motion letters, the first set of which shall not be submitted to the Court. If, after that first exchange of letters, Defendants still wish to file a motion to dismiss, they shall file a pre-motion letter with the Court; only then may Plaintiffs file a response in opposition. Accordingly, the Court will disregard Plaintiffs' letters at ECF Nos. 32 and 32-1.

      SO ORDERED.

Dated: March 6, 2025
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge