UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/2025_____

BYD SPORTS, LLC,
BYD MANAGEMENT, LLC,

                    Plaintiffs,

          -against-

DON KING,
DON KING PRODUCTIONS, INC.,
DOE CORPORATIONS 1-10,
DOE BENEFICIARIES 1-10,

                    Defendants.

24 Civ. 9335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendants' letter dated July 8, 2025. ECF No. 46. Accordingly, the case management conference currently scheduled for July 21, 2025, *see* ECF No. 41, is ADJOURNED *sine die*. The Court may, in its discretion, reschedule the conference upon reviewing Plaintiffs' response to Defendants' July 8 letter.

      SO ORDERED.

Dated: July 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge