UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYD SPORTS, LLC,
BYD MANAGEMENT, LLC,

                          Plaintiffs,

            -against-

DON KING,
DON KING PRODUCTIONS, INC.,
DOE CORPORATIONS 1-10,
DOE BENEFICIARIES 1-10,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2025
```

24 Civ. 9335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' letter dated July 17, 2025, ECF No. 49, requesting that the Court set a briefing schedule for their anticipated summary judgment motion, and Plaintiffs' July 18, 2025, response letter, ECF No. 50. The Court has also reviewed the parties' requests for a conference regarding ongoing discovery disputes, ECF Nos. 46, 48, 51–52, for an extension of the time to file a joint pretrial submission, ECF No. 53, and for this case to be set for trial, ECF No. 55.

As the parties are aware, Defendants' motion to dismiss or transfer venue, ECF No. 42, is pending before the Court. Accordingly, any briefing on Defendants' anticipated summary judgment motion, as well as the Court's rulings on the parties' requests at ECF Nos. 46, 48, 51–52, and 55, are HELD IN ABEYANCE pending the Court's disposition of Defendants' motion to dismiss or transfer venue. The deadline to submit a joint pretrial submission is ADJOURNED *sine die*. Such deadline, if any, shall be determined following the Court's disposition of Defendants' pending motion to dismiss or transfer venue.

        SO ORDERED.

Dated: September 18, 2025
       New York, New York

_____
        ANALISA TORRES
     United States District Judge